UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH J. SIMPSON AND
ANNIE SIMPSON

VERSUS                                              CIVIL ACTION

HEXICON SPECIALTY CHEMICALS,                        NO. 06-798-A
INC., ET AL

## RULING

This matter is before the court on two motions: (1) an unopposed motion by plaintiffs, Kenneth J. Simpson and Annie Simpson, to dismiss their claims against defendant Rubicon, L.L.C. (doc. 65); and (2) a joint motion by plaintiffs, Kenneth J. Simpson and Annie Simpson, and defendants, Exxon Mobil Corporation, Mosaic Fertilizer, L.L.C, Mosaic Global Holdings, Inc., Texaco, Inc., and Hexicon Specialty Chemicals, Inc. to dismiss plaintiffs' claims against said defendants (doc. 72).

Having considered the merits of the two motions to dismiss (docs. 65 & 72), they are hereby **GRANTED**. Defendants Deltech Corporation and CNA Holdings, Inc. having already been terminated (docs. 15 & 49), this entire action shall be dismissed without prejudice, with all parties to bear their own costs. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 19, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA